### (April 7, 1976)

■ TOWN OF NORTH HEMPSTEAD, Respondent, v GULF OIL CORPORATION et al., Appellants.—In an action by the plaintiff town to enjoin the defendants from altering or using their premises as a retail store for the sale of cigars, cigarettes and other tobacco products, the defendants appeal from an order of the Supreme Court, Nassau County, entered March 5, 1976, which, *inter alia,* granted the plaintiff's motion to restrain them from such use pending trial of the action. Order reversed, with $50 costs and disbursements to appellant Garden City Smoke Stax, Ltd.; motion for a preliminary injunction denied; and an immediate trial of the issues is directed. The plaintiff town failed to establish the elements set forth in the case of *Albini v Solork Assoc.* (37 AD2d 835). Margett, Acting P. J., Damiani, Rabin, Shapiro and Titone, JJ., concur.

### (April 12, 1976)

■ NASSAU TRUST COMPANY, Appellant, v LAWRENCE S. FILDERMAN, Respondent.—Motion by defendant *inter alia* to dismiss the appeal of plaintiff from an order of the Supreme Court, Suffolk County, dated July 22, 1975. Motion granted to the extent that the appeal is dismissed, with $40 costs. The only issue raised on the appeal is whether plaintiff's service of the summons and complaint was properly held to have been defective. Subsequent to the service and filing of the notice of appeal herein, plaintiff served defendant with a second summons and complaint seeking the identical relief sought in the case at bar. Plaintiff's second action was terminated by the grant of summary judgment to it by an order of the Supreme Court, Suffolk County, entered January 9, 1976, upon a decision dated December 30, 1975. In view of these developments, the question of jurisdiction over defendant, which is the only issue raised on the appeal, has now become academic. Where no controversy remains with respect to the order appealed from, the appeal should be dismissed as moot *(Roche v Lamb,* 33 AD2d 1102; *Miglietta v Kennecott Copper Corp.,* 22 AD2d 874). In light of the circumstances above set forth, costs have been awarded to defendant. Hopkins, Acting P. J., Martuscello, Cohalan, Rabin and Shapiro, JJ., concur.

■ NELL BAASCH, Respondent-Appellant, v THOMAS L. BAASCH, Appellant-Respondent.—In an action for divorce, the parties cross-appeal from stated portions of a judgment of the Supreme Court, Suffolk County, dated September 16, 1975. Judgment affirmed insofar as appealed from, without costs or disbursements. Upon the facts of this case, Special Term was warranted in making the determination under review. Hopkins, Acting P. J., Margett, Rabin, Shapiro and Hawkins, JJ., concur.